# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENYATTA WALKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 16-cv-5843 |
| | : | |
| **CAROLYN W. COLVIN** | : | |

## ORDER

**AND NOW,** this 19th day of September, 2018, it is hereby **ORDERED** that the Clerk is **DIRECTED** to remove this case from the Court's suspense docket and restore it to the Court's active docket.

It is further **ORDERED** that upon careful and independent review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated August 30, 2018, to which no objections were filed:

1. The Report and Recommendation [Doc. 13] is **APPROVED and ADOPTED**.
2. Plaintiff's motion for summary judgment [Doc. 9] is **DENIED**.
3. Judgment is **ENTERED** affirming the decision of the Commissioner of Social Security.
4. The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**